UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. **DECISION AND ORDER**

SHANNON KAY MOSES  14-CR-70S - (2)

Defendant.

1. On December 13, 2017, the Defendant Shannon Kay Moses pled guilty to a One Count Superseding Misdemeanor Information (Docket No. 143) charging a violation of Title 21 U.S.C. §844(a) (possession of cocaine).

2. On December 13, 2017, the Honorable H. Kenneth Schroeder, Jr. United States Magistrate Judge, filed a Report and Recommendation (Docket No. 146) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Schroeder's December 13, 2017, Report and Recommendation, the Plea Agreement, the Superseding Information, the digital FTR recording of the proceeding and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Schroeder's Report and Recommendation, and will accept Judge Schroeder's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Schroeder's December 13, 2017, Report and Recommendation (Docket No. 146) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Shannon Kay Moses is accepted, and she is now adjudged guilty of Title 21 U.S.C. §844(a).

.

SO ORDERED.

Dated: January 23, 2018
      Buffalo, New York

/s/William M. Skretny
WILLIAM M. SKRETNY
United States District Judge